KRISTINE M. KUZEMKA, ESQ.
Nevada Bar #8836
Kuzemka Law Group
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
(702) 949-9990
kristine@kuzemkalaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID REYNAGA-VALENZUELA,<br><br>    Defendant. | Case No. 2:18-cr-240-KJD-GWF<br><br>**STIPULATION TO CONTINUE PRETRIAL MOTIONS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, Esq., United States Attorney, and Robert Knief, Esq., Assistant United States Attorney, and Kristine M. Kuzemka, Esq., counsel for Defendant, DAVID REYNAGA-VALENZUELA, that the Pretrial Motions deadline as to DAVID REYNAGA-VALENZUELA, currently set for September 15, 2018, be vacated and continued to a date and time convenient to this Court but no earlier than twenty (20) days.

This Stipulation is entered for the following reasons:

1. Counsel for the Defendant spoke with DAVID REYNAGA-VALENZUELA and he has not objection to the request for continuance;
2. As indicated below, counsel for the United States has no objection to the request for continuance;
3. Defense counsel was appointed to the above-referenced matter on July 26, 2018 and received discovery on August 21, 2018;
4. Defense counsel will need additional time to properly review the discovery in the above-referenced matter to determine whether any pretrial motions are required;

5. The additional time requested herein is not sought for the purposes of delay, but to allow counsel for Defendant DAVID REYNAGA-VALENZUELA sufficient time to effectively and thoroughly research, prepare, and determine the most appropriate defense strategy, including, whether any pretrial motions need to be filed;

6. Denial of this request for continuance could result in a miscarriage of justice;

7. This if the first request for a continuance filed herein.

WHEREFORE, for the foregoing reasons, the ends of justice would best be served by a continuance of the Pretrial Motions deadline as to DAVID REYNAGA-VALENZUELA of at least twenty (20) days.

DATED this 29th day of August, 2018.

/s//ROBERT KNIEF
ROBERT KNIEF, ESQ.
Assistant United States Attorney
Counsel for the United State

/s//*KRISTINE M. KUZEMKA*
KRISTINE M. KUZEMKA, ESQ.
Nevada Bar #8836
Kuzemka Law Group
1180 N. Town Center Drive, Ste. 100
Las Vegas, Nevada 89144
(702) 949-9990
Attorney for Defendant JAMAL WILLIAM

KRISTINE M. KUZEMKA, ESQ.
Nevada Bar #8836
Kuzemka Law Group
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
(702) 949-9990
kristine@kuzemkalaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID REYNAGA-VALENZUELA,<br><br>　　　　　Defendant. | Case No. 2:18-cr-240-KJD-GWF<br><br>**FINDING OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Defendant spoke with 2 DAVID REYNAGA-VALENZUELA and he has not objection to the request for continuance;
2. As indicated below, counsel for the United States has no objection to the request for continuance;
3. Defense counsel was appointed to the above-referenced matter on July 26, 2018 and received discovery on August 21, 2018;
4. Defense counsel will need additional time to properly review the discovery in the above-referenced matter to determine whether any pretrial motions are required;
5. The additional time requested herein is not sought for the purposes of delay, but to allow counsel for Defendant DAVID REYNAGA-VALENZUELA sufficient time to effectively

and thoroughly research, prepare, and determine the most appropriate defense strategy, including, whether any pretrial motions need to be filed;

6. Denial of this request for continuance could result in a miscarriage of justice;
7. This if the first request for a continuance filed herein.

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A) considering the factors in Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## ORDER

IT IS HEREBY ORDERED that the Pretrial Motions Deadline as to DAVID REYNAGA-VALENZUELA currently scheduled for September 15, 2018, be continued to October 5, 2018.

IT IS HEREBY ORDERED that the government shall have to and including October 19, 2018, within which to file any and all responsive pleadings.

IT IS HEREBY ORDERED that the defendants shall have to and including November 5, 2018, within which to file any and all replies to the pretrial motions.

_____
**UNITED STATES MAGISTRATE JUDGE**
**GEORGE W. FOLEY**

DATED: August 31, 2018