KRISTINE M. KUZEMKA, ESQ.
Nevada Bar #8836
Kuzemka Law Group
1180 N. Town Center Drive, Ste. 100
Las Vegas, Nevada 89144
(702) 949-9990
kristine@kuzemkalaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:18-cr-240-KJD-GWF** |
| Plaintiff, | |
| v. | **MOTION FOR PERMISSION FOR INVESTIGATOR, MAYBETH ANDRADE, TO ENTER CORECIVIC FOR CASE WORK** |
| DAVID REYNAGA-VALENZUELA, | |
| Defendant. | |

Defendant DAVID REYNAGA-VALENZUELA through his attorney of record, KRISTINE M. KUZEMKA, ESQ., of Kuzemka Law Group, hereby requests an Order directing Corecivic to allow Investigator MAYBETH ANDRADE to enter Nevada Southern Detention Center, 2190 E. Mesquite Avenue, Pahrump, Nevada 89060 for the purpose of case work in this matter until conclusion of the case.

DATED this ___8th___ day of October, 2018.

BY ___/s//*Kristine M. Kuzemka*___
KRISTINE M. KUZEMKA, ESQ.
Nevada Bar #8836
Kuzemka Law Group
1180 N. Town Center Drive, Ste. 100
Las Vegas, Nevada 89144
(702) 949-9990
Attorney for Defendant

1      **IT IS HEREBY ORDERED** that Corecivic allow Investigator MAYBETH

2 ANDRADE to enter Nevada Southern Detention Center, 2190 E. Mesquite Avenue, Pahrump,

3 Nevada 89060 for the purpose of case work, shall be, and it is Granted.

4      DATED this __17th__ day of October, 2018.

5

6

7                                   UNITED STATES MAGISTRATE JUDGE