KRISTINE M. KUZEMKA, ESQ.
Nevada Bar #8836
Kuzemka Law Group
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
(702) 949-9990
kristine@kuzemkalaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID REYNAGA-VALENZUELA,<br><br>　　　　　Defendant. | Case No.  2:18-cr-240-KJD-GWF<br><br>**FINDING OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Defendant spoke with DAVID REYNAGA-VALENZUELA and he has not objection to the request for continuance;

2. As indicated below, counsel for the United States has no objection to the request for continuance;

3. Defense counsel requested additional time to properly review a document to determine whether additional investigation is necessary;

4. The additional time requested herein is not sought for the purposes of delay, but to allow counsel for Defendant DAVID REYNAGA-VALENZUELA sufficient time to effectively and thoroughly research, and determine whether the change of plea is appropriate;

5. Denial of this request for continuance could result in a miscarriage of justice;

6. This if the first request for a continuance for Change of Plea filed herein.

**CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A) considering the factors in Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS HEREBY ORDERED that the Change of Plea date as to DAVID REYNAGA-VALENZUELA currently scheduled for February 13, 2019, be continued to February 27, 2019 at 9:00 a.m. in courtroom 4A.

Dated: 2/15/2019

_____
**UNITED STATES DISTRICT JUDGE**
**KENT J. DAWSON**

4